1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:    415/444-5800
4  Facsimile:    415/444-5805

5  Attorneys for Plaintiffs
   DAREN HEATHERLY; IRMA RAMIREZ;
6  and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION, SERVICES: HELPING YOU
7  HELP OTHERS

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 DAREN HEATHERLY, an individual;         )   **CASE NO. CV-08-3532-BZ**
   IRMA RAMIREZ, an individual; and        )
11 DISABILITY RIGHTS, ENFORCEMENT,         )   **CONSENT TO PROCEED BEFORE A**
   EDUCATION, SERVICES:HELPING             )   **UNITED STATES MAGISTRATE**
12 YOU HELP OTHERS, a California public    )   **JUDGE**
   benefit corporation,                    )
13                                         )
           Plaintiffs,                     )
14                                         )
   v.                                      )
15                                         )
   PARAGON STEAKHOUSE                      )
16 RESTAURANT, INC., a California          )
   corporation dba HUNGRY HUNTER           )
17 STEAKHOUSE # 210709; and WILLARD        )
   H. FRAZIER                              )
18                                         )
           Defendants.                     )
19 _____ )

20      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

21 party hereby in the above-captioned civil matter hereby voluntarily consents to have a United

22 States Magistrate Judge conduct any and all further proceedings in the case, including trial, and

23 order the entry of a final judgment. Appeal from the judgment shall be taken directly to the

24 United States Court of Appeals for the Ninth Circuit.

25 DATED: July 31, 2008                    THOMAS E. FRANKOVICH
                                           *A PROFESSIONAL LAW CORPORATION*
26
                                           By: _____/S/_____
27                                             Thomas E. Frankovich
                                               Attorneys for Plaintiffs
28

CONSENT TO PROCEED BEFORE U.S. MAGISTRATE JUDGE