UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HEATHERLY, et al., | ) | |
| Plaintiff(s), | ) | No. C08-3532 BZ |
| v. | ) | **ORDER REQUIRING** |
| PARAGON STEAKHOUSE RESTAURANT, et al., | ) | **STATUS REPORT** |
| Defendant(s). | ) | |

**IT IS HEREBY ORDERED** that counsel for plaintiff file a report on the status of the case, or file an appropriate dismissal if the plaintiff no longer wishes to pursue the case, by **March 9, 2012**.

Dated: February 24, 2012

                                              Bernard Zimmerman
                                      United States Magistrate Judge

G:\BZALL\-BZCASES\HEATHERLY V. PARAGON STEAKHOUSE\ORDER REQUIRING STATUS REPORT.wpd

1